In the Matter of the Accounting of ANNIE G. PARK et al., as Executors of ARCHIBALD PARK, Deceased, Respondents.
WALTER R. PARK et al., Appellants.

*Matter of Park*, 167 App. Div. 926, affirmed.
(Argued January 8, 1917; decided January 23, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1915, which affirmed a decree of the New York County Surrogate's Court settling the accounts of the executors herein denying an application for a direction that the securities of the estate be transferred to the name of the estate of Archibald Park, deceased, and then delivered to Annie G. Park as life tenant upon her giving security for the safe keeping and preservation thereof and for the due accounting therefor to the persons entitled thereto under the will.

*Edward M. Grout* for appellants.

*Frank H. Sincerbeaux* for respondents.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.